### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

ANDREA MOOK ,

                Plaintiff,

v.                                                    Case No. 07-CV-2152-CM-GLR

DOUGLAS GERTSEMA,
et al.,

                Defendants.

### **ORDER**

On May 15, 2008, the Court conducted a hearing to address pending motions. Plaintiff appeared through counsel, John Gage. Defendant Board of County Commissioners of Johnson County, Kansas ("BOCC') appeared through counsel, Jeannie M. DeVeney. Defendant Gertsema appeared through counsel, Michael S. Jones. This Order memorializes and supplements the Court's rulings at the motion hearing:

(1) Plaintiff's Motion for Leave to Amend Complaint (doc. 31) is overruled as moot by virtue of the filing of the amended motion (doc. 53).

(2) Plaintiff's Motion for Leave to File Amended Motion for Leave to Amend Out of Time (doc. 53) is overruled for failure to comply with Fed. R. Civ. P. 8(a), which requires that a pleading of a claim for relief contain a "short and plain statement of the claim." Plaintiff's proposed 78-page Second Amended Complaint, containing 30 counts, does not constitute a "short and plain statement" of Plaintiff's claims.

(3) Plaintiff's Motion for Extension of Time Within Which to Answer or Otherwise Respond to Defendant BOCC's First Interrogatories and Request for Production (doc. 55) is overruled as moot by virtue of the filing of Plaintiff's Amended Motion for Extension (doc. 70).

(4) Plaintiff's Motion for Extension of Plaintiff's Settlement Proposal Deadline (doc. 56) is overruled as moot by virtue of the expiration of the deadline proposed by Plaintiff.

(5) Defendant BOCC's Motion to Compel Plaintiff's Disclosures (doc. 62) is overruled as moot, upon finding that Plaintff has served disclosures upon Defendant BOCC.

(6) Defendant BOCC's Motion to Compel Responses to Discovery Requests (doc. 67) is overruled as moot, upon finding that Plaintiff has served her responses.  This ruling is without prejudice to any similar motion that may be filed, if the discovery responses are not adequate.

(7) Plaintiff's Amended Motion for Extension of Time Within Which to Answer or Otherwise Respond to Defendant BOCC's First Interrogatories and Request for Production (doc. 70) is overruled as moot.

(8) Defendants' Motion to Amend Scheduling Order (doc. 72) is sustained in part and overruled in part.  The Scheduling Order deadline for the parties to exchange preliminary witness and exhibit disclosures, pursuant, to Fed. R. Civ. P. 26(a)(3) is extended to **July 15, 2008.**

(9) Plaintiff's Motion for Extension of Deadline for Plaintiff to File Reply to BOCC's Opposition to Plaintiff's Motion for Extension to Respond to BOCC's First Interrogatories and Requests for Production (doc. 73) is overruled as moot.

(10) Plaintiff's Consent Motion to Approve Agreed Modification of Scheduling Order (doc. 77) is sustained without objection.  The deadline in the Scheduling Order for the parties to exchange initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), is extended to **April 14, 2008**.

(11) Upon the oral motion of Plaintiff, the deadline for the parties to complete mediation is extended to **July 18, 2008**.

IT IS SO ORDERED.

Dated this 21st day of May, 2008, at Kansas City, Kansas.

                                              <u>s/ Gerald L. Rushfelt</u>
                                              Gerald L. Rushfelt
                                              United States Magistrate Judge